## Domestic Support Obligation Disclosure Form

**Section 1:** to be completed by all debtors:
Date: 12/19/2012                Case No.: 12-21297
Debtor: Robert G Koenig         CoDebtor: Sarahann Koenig
SS N: ___-__-0592               SS N: ___-__-4608

Are you responsible for any Domestic Support Obligations described in 11 U.S.C. § 101(14A) [debt owed to or recoverable by spouse, former spouse, child, child's guardian or governmental unit in the nature of alimony, maintenance or support]?
Debtor: Yes ___ No _X_          CoDebtor: Yes ___ No ___
If your answer is "No", skip to Section 3 at the bottom of this form and sign.
If your answer is "Yes", please complete your answers to all questions in Section 2 and sign.

**Section 2:** to be completed only if you answered "Yes" above:
Debtor current marital status:          CoDebtor current marital status:
Married ___ Divorced ___                Married ___ Divorced ___
Separated ___ Widowed ___               Separated ___ Widowed ___
Name: _____
Address: _____
City: _____ State: _____ Zip: _____
Phone: _____ Email: _____@_____

Are support payments deducted from your paycheck? Yes ___ No ___
Provide the State Agency Information:
Agency Name: _____
Address: _____
City: _____ State: _____ Zip: _____
Phone: _____ Email: _____@_____
Account No. _____

Names of creditors for any debts that will not be discharged or that you will reaffirm: _____

Identify your Employer Name: _____
Employer Address: _____
City: _____ State: _____ Zip: _____

**Section 3:** to be signed by all debtors.
*I swear or affirm under penalty of perjury pursuant to 28 USC § 1746 that the information provided herein is true, correct, and complete.*
Debtor X /s/ Robert Koenig        CoDebtor X /s/ Sarahann Koenig

609242v1
11/17/05