UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| ROBERT G. KOENIG AND | : | |
| SARAHANN KOENIG | : | Bankruptcy No.: 12-21297 |
| *Debtors* | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the above-captioned Debtor.

FREEDMAN AND LORRY, P.C.

BY:  /s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA 19103
(215)925-8400

## WITHDRAW OF APPEARANCE

Kindly withdraw my appearance on behalf of the above-captioned Debtor.

FREEDMAN AND LORRY, P.C.

BY:  /s/ Christopher M. McMonagle____
CHRISTOPHER M. MCMONAGLE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA  19103
(215)925-8400