United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-21297-mdc
Robert G. Koenig                                               Chapter 13
Sarahann Koenig
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John          Page 1 of 2          Date Rcvd: Jun 07, 2018
                             Form ID: 138NEW      Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2018.
```
db/jdb       +Robert G. Koenig,   Sarahann Koenig,   402 Seville Street,   Philadelphia, PA 19128-3630
13051777     +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
12923352     +Convergent Outsourcing Inc.,   389 9th St., P.O. Box 9004,   Renton, WA 98057-9004
12923353     +Equable Ascent Financial, LLC,   C/O Mercantile Adjustment Bureau,   6341 Inducon Drive East,
              Sanborn, NY 14132-9016
12923355     ++FIRST NATIONAL COLLECTION BUREAU,   50 W LIBERTY ST,   STE 250,   RENO NV 89501-1973
              (address filed with court: First National Collection Bureau,   610 Waltham Way,
              Sparks, NV  89434)
12923357     +Main Line HealthCare,   P.O. Box 8500-4600,   Philadelphia, PA 19178-0001
12923359     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
              Lewisville, TX  75067)
13811342     +NATIONSTAR MORTGAGE LLC,   c/o JOSHUA ISAAC GOLDMAN,   KML Law Group, P.C.,
              701 Market Street, Suite 5000,   Philadelphia PA 19106-1541
13504518     +Nationstar Mortgag LLC,   PO Box Box 619096,   Dallas, TX 75261-9096
12923360     +Penn Medicine,   P.O. Box 824406,   Philadelphia, PA 19182-4406
12923362     +Police and Fire Federal Credit Union,   901 Arch Street,   Philadelphia, PA 19107-2495
12923361     +Police and Fire Federal Credit Union,   C/O AR Resources, Inc.,   P.O. Box 1056,
              Blue Bell, PA 19422-0287
12923363     +Pro Co,   P.O. Box 2462,   Aston, PA 19014-0462
12923365     +The CBE Group, Inc.,   131 Tower Park Dr., P.O. Box 900,   Waterloo, IA 50704-0900
12949237     +Wells Fargo Bank, N.A.,   dba Wells Fargo Dealer Service,   P.O. Box 19657,
              Irvine, CA 92623-9657
12923366     +Wells Fargo Dealer Services,   P.O. Box 1697,   Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Jun 08 2018 01:40:26   City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 08 2018 01:40:11
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 08 2018 01:40:24    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 01:45:48   GE Capital Retail Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13037971      E-mail/Text: megan.harper@phila.gov Jun 08 2018 01:40:27   City of Philadelphia,
              Law Department, Tax Unit,   Bankruptcy Group,   1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
12923354     +E-mail/Text: bnc-bluestem@quantum3group.com Jun 08 2018 01:40:40    Fingerhut/Metabank,
              6250 Ridgewood Road,   St. Cloud, MN 56303-0820
12923356      E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 08 2018 01:40:22   Jefferson Capital System,
              16 McCleland Road,   St. Cloud, MN  56303
12997232      E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 08 2018 01:40:22   Jefferson Capital Systems LLC,
              PO BOX 7999,   SAINT CLOUD MN 56302-
12923358     +E-mail/Text: bankruptcy@mcmcg.com Jun 08 2018 01:40:19    Midland Funding, LLC,
              8875 Aero Drive, Ste. 200,   San Diego, CA 92123-2255
12972524     +E-mail/Text: bankruptcygroup@peco-energy.com Jun 08 2018 01:40:08    PECO Energy Company,
              c/o Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13048035      E-mail/PDF: rmscedi@recoverycorp.com Jun 08 2018 01:45:49   Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12932866      E-mail/PDF: rmscedi@recoverycorp.com Jun 08 2018 01:46:09
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                    TOTAL: 12
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12997239*    ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
              SAINT CLOUD MN 56302-9617)
13145892*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC.,   Attention: Bankruptcy Department,
              P O Box 630267,   Irving, TX 75063)
12923364     ##+RJM Acquisitions,   575 Underhill Blvd., Ste. 224,   Syosset, NY 11791-3416
                                                                     TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: John              Page 2 of 2          Date Rcvd: Jun 07, 2018
                               Form ID: 138NEW         Total Noticed: 28
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2018 at the address(es) listed below:
          ANDREW  SPIVACK    on behalf of Creditor   Nationstar Mortgage. LLC paeb@fedphe.com
          ASHLEY M. SULLIVAN   on behalf of Joint Debtor Sarahann  Koenig asullivan@freedmanlorry.com,
          hbanks@freedmanlorry.com
          ASHLEY M. SULLIVAN   on behalf of Debtor Robert G. Koenig asullivan@freedmanlorry.com,
          hbanks@freedmanlorry.com
          DENISE ELIZABETH CARLON    on behalf of Creditor   Nationstar Mortgage. LLC bkgroup@kmllawgroup.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          JEROME B. BLANK    on behalf of Creditor   Nationstar Mortgage. LLC paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor   Nationstar Mortgage. LLC paeb@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 12
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Robert G. Koenig and Sarahann
Koenig

          Debtor(s)                     Bankruptcy No: 12−21297−mdc

                                                    Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

          900 Market Street
          Suite 400
          Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

          For The Court

          Timothy B. McGrath
          Clerk of Court

Dated: 6/7/18