United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-21297-mdc
Robert G. Koenig                                                    Chapter 13
Sarahann Koenig
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1            Date Rcvd: Jul 16, 2018
                            Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.
db/jdb         +Robert G. Koenig,    Sarahann Koenig,    402 Seville Street,    Philadelphia, PA 19128-3630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Nationstar Mortgage. LLC paeb@fedphe.com
              ASHLEY M. SULLIVAN    on behalf of Debtor Robert G. Koenig asullivan@freedmanlorry.com,
               hbanks@freedmanlorry.com
              ASHLEY M. SULLIVAN    on behalf of Joint Debtor Sarahann  Koenig asullivan@freedmanlorry.com,
               hbanks@freedmanlorry.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage. LLC bkgroup@kmllawgroup.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Nationstar Mortgage. LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Nationstar Mortgage. LLC paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Robert G. Koenig and Sarahann Koenig  : Case No. 12−21297−mdc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 16, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

73
Form 195