United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert G. Koenig
Sarahann Koenig
        Debtors

Case No. 12-21297-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Aug 17, 2018
                        Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2018.
13145892        ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC.,   Attention: Bankruptcy Department,
            P O Box 630267,   Irving, TX 75063)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:
           ANDREW   SPIVACK    on behalf of Creditor    Nationstar Mortgage. LLC paeb@fedphe.com
           ASHLEY M. SULLIVAN    on behalf of Debtor Robert G. Koenig asullivan@freedmanlorry.com,
            hbanks@freedmanlorry.com
           ASHLEY M. SULLIVAN    on behalf of Joint Debtor Sarahann  Koenig asullivan@freedmanlorry.com,
            hbanks@freedmanlorry.com
           DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage. LLC bkgroup@kmllawgroup.com
           JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
           JEROME B. BLANK    on behalf of Creditor    Nationstar Mortgage. LLC paeb@fedphe.com
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
            bkecf@milsteadlaw.com
           MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Nationstar Mortgage. LLC paeb@fedphe.com
           THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
           WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
                                                                                                                        TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-21297-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert G. Koenig<br>402 Seville Street<br>Philadelphia PA 19128 | Sarahann Koenig<br>402 Seville Street<br>Philadelphia PA 19128 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/16/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 14: Nationstar Mortgage, LLC., Attention: Bankruptcy Department, P O Box 630267, Irving, TX 75063 | Federal Home Loan Mortgage Corporation, as Truste<br>Serviced by Select Portfolio Servicing,<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84115 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/19/18

Tim McGrath
**CLERK OF THE COURT**